[Strafford, December, 1889.]

## CLAY'S PETITION.

PETITION, presented to the selectmen of Strafford, under G. L., *c.* 88, *s.* 14, for building a school-house. The selectmen, in writing, informed a justice of this court that they were disqualified to act, by G. L., *c.* 43, *s.* 7, and the case was adjourned into the law term. No party appeared, and the facts in relation to the alleged disqualification were not found. No appointment was made, no question of law was decided, and the case was marked

*Not to be brought forward.*

[Belknap, December, 1889.]

## WINNIPISEOGEE LAKE COTTON AND WOOLLEN MFG. CO. *v.* GILFORD.

APPEAL, from the refusal of selectmen to abate a tax.

*E. A. & C. B. Hibbard* and *D. Barnard*, for the plaintiffs.

*Jewell & Stone* and *S. C. Clark*, for the defendants.

DOE, C. J. It is not deemed advisable to consider the reserved question of evidence before a trial of the case.

*Case discharged.*

SMITH, J., did not sit: the others concurred.